NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE VICOR CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 120

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-0054, Judge Michael H. Schneider.

---

**ON PETITION**

---

**O R D E R**

Vicor Corporation (Vicor) submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its order denying Vicor's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the District of Massachusetts.

Upon consideration thereof,

IT IS ORDERED THAT:

SynQor, Inc. is directed to respond no later than April 2, 2012.

FOR THE COURT

MAR 1 2 2012
                                                                /s/ Jan Horbaly
Date                                                            Jan Horbaly
                                                               Clerk

cc:  Robert E. Hillman, Esq.
     Thomas D. Rein, Esq.
     Clerk, United States District Court for the Eastern
District of Texas

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 2 2012

JAN HORBALY
CLERK